# United States Court of Appeals for the Federal Circuit

---

## IN RE VISTAPRINT LIMITED AND OFFICEMAX INCORPORATED,
*Petitioners.*

---

Miscellaneous Docket No. 954

---

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of Texas in case no. 09-CV-0323, Judge Leonard Davis.

---

## ON MOTION

---

## ORDER

Upon consideration of the motions for the court to take judicial notice of certain documents,

IT IS ORDERED THAT:

The motions are granted.

DEC 1 5 2010

———————————
Date

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Thomas J. Friel, Jr., Esq.
Michael W. Shore, Esq.

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

DEC 1 5 2010

JAN HORBALY
CLERK